IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00812-NYW-MDB

**J.G., a minor, by and through his parent CHRISTINA GIRON,**

Plaintiff/Petitioner,

v.

**EL PASO SCHOOL DISTRICT NO. 49**

Defendant/Respondent

## JOINT MOTION TO AMEND CAPTION

Pursuant to Fed. R. Civ. P. 7(b) and 10(a), EL PASO SCHOOL DISTRICT No. 49 ("Respondent"), by its undersigned counsel, submits the following JOINT MOTION TO AMEND CAPTION through its undersigned counsel, Orten Cavanagh Holmes & Hunt, LLC. The Parties have conferred and Plaintiff/Petitioner is fine with this Joint Motion to Amend Caption.

1. On March 12, 2025, the above captioned case was filed in this court.

2. The current caption incorrectly identifies the Respondent as "El Paso School District 49" instead of "School District 49".

3. This error was inadvertent and was discovered on July 9, 2025, when brought to light by the Court.

4. The correct Respondent name is "School District 49".

1

2

5. Pursuant to the Court's instructions, Respondent files this joint motion and requests to change the caption to reflect the correct name, "School District 49".

WHEREFORE, the Respondent respectfully requests that this Court direct that the above-stated caption be changed to "School District 49" in accordance with Fed. R. Civ P. 10(a), and for such further relief as this Court deems proper.

Respectfully submitted July 14, 2025.

/s/ John R. Stanek
John R. Stanek, Esq.
ORTEN CAVANAGH HOLMES & HUNT, LLC
111 South Tejon Street, Suite 400
Colorado Springs, Colorado 80903
Email: jstanek@ochhoalaw.com
Telephone: 719-632-3545
Direct Line: 719-228-6049

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, I sent a true and correct copy of this pleading to the following via electronic mail:

Igor Raykin, Esq.
Kaity Tuohy, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
Phone: 720-748-8888
igor@coloradolawteam.com
kaity@coloradolawteam.com

Client:
Ms. Rhonda May
Director of Special Education
Falcon School District 49
3850 Pony Tracks Drive
Colorado Springs, 80922
Email: rhonda.may@d49.org

/s/ Chetara Green
Chetara Green