IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00812-NYW-MDB

**J.G., a minor, by and through his parent CHRISTINA GIRON,**

Plaintiff/Petitioner,

v.

**SCHOOL DISTRICT 49**

Defendant/Respondent.

---

**DEFENDANT SCHOOL DISTRICT 49'S MOTION TO STRIKE ITS RESPONSE TO PLAINTIFF'S MOTION TO SUBMIT ADDITIONAL EVIDENCE [ECF NO. 23]**

---

Defendant, SCHOOL DISTRICT No. 49 ("Respondent"), by its undersigned counsel, Orten Cavanagh Holmes & Hunt, LLC, submits the following MOTION to strike its RESPONSE to Plaintiffs' Motion to Submit Additional Evidence. As grounds therefor, Defendant states as follows:

1. On today's date, July 16, 2025, Defendant filed with this Court its Response to Plaintiff's Motion to Submit Additional Evidence [ECF No. 23] ("Filed Response").

2. However, the Filed Response [ECF 23] inadvertently included an embedded comment which was not intended to be included in the filing.

3. Forthwith, Defendant will file its true Response to Plaintiff's Motion to Submit Additional Evidence, without the unintended comment.

1

4. The Filed Response [ECF 23] is rendered redundant by the new filing, and Defendant therefore requests that this Honorable Court strike the Filed Response [ECF 23] pursuant to its authority under F.R.C.P. Rule 12(f).

WHEREFORE, the District respectfully requests that this Court strike the Defendant's Filed Response [ECF 23].

Respectfully submitted July 16, 2025.

/s/ John R. Stanek
John R. Stanek, Esq.
Matthew Richardson, Esq. in briefing
ORTEN CAVANAGH HOLMES & HUNT, LLC
111 South Tejon Street, Suite 400
Colorado Springs, Colorado 80903
Email: jstanek@ochhoalaw.com
Telephone: 719-632-3545
Direct Line: 719-228-6049

## CERTIFICATE OF SERVICE

I certify that on July 16, 2025, I sent a true and correct copy of this pleading to the following via electronic mail:

Igor Raykin, Esq.
Kaity Tuohy, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
Phone: 720-748-8888
igor@coloradolawteam.com
kaity@coloradolawteam.com

Client:
Ms. Rhonda May
Director of Special Education
Falcon School District 49
3850 Pony Tracks Drive
Colorado Springs, 80922
Email: rhonda.may@d49.org

/s/ Chetara Green
Chetara Green